** E-filed January 19, 2012 **

| | |
|---|---|
| MUNGER, TOLLES & OLSON LLP<br>HENRY WEISSMANN (SBN 132418)<br>Henry.Weissmann@mto.com<br>355 South Grand Avenue,<br>Thirty-Fifth Floor<br>Los Angeles, CA  90071-1560<br>Telephone:     (213) 683-9100<br>Facsimile:      (213) 687-3702<br><br>MUNGER, TOLLES & OLSON LLP<br>ROSEMARIE T. RING (SBN 220769)<br>Rose.Ring@mto.com<br>JONATHAN H. BLAVIN (SBN 230269)<br>Jonathan.Blavin@mto.com<br>VICTORIA L. BOESCH (SBN 228561)<br>Victoria.Boesch@mto.com<br>BRYAN H. HECKENLIVELY (SBN 279140)<br>Bryan.Heckenlively@mto.com<br>560 Mission Street<br>Twenty-Seventh Floor<br>San Francisco, CA  94105-2907<br>Telephone:     (415) 512-4000<br>Facsimile:      (415) 512-4077<br><br>Attorneys for Defendant, HTC AMERICA, INC. | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP<br>Michael W. Sobol (State Bar No. 194897)<br>msobol@lchb.com<br>275 Battery St., 29th Fl.<br>San Francisco, CA 94111-3339<br>Telephone:     (415) 956-1000<br>Facsimile:      (415) 956-1008<br><br>*Attorneys for Plaintiff and the Proposed Class* |

*Additional Counsel listed on signature page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ALLAN, on behalf of himself and all others similarly situated,<br><br>             Plaintiffs,<br><br>v.<br><br>CARRIER IQ, INC., a Delaware corporation, HTC CORPORATION, a Taiwan company; HTC AMERICA, INC., a Washington corporation; and DOES 1-100,<br><br>             Defendants. | CASE NO.  CV-11-06613 HRL<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER**<br>(MODIFIED BY THE COURT) |

16154954.2

STIP. EXTENDING TIME TO RESPOND TO
COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

1       WHEREAS the above-referenced plaintiff filed the above-captioned case;

2       WHEREAS the above-referenced plaintiff alleges violations of the Federal

3  Wiretap Act and other laws by the defendants in this case;

4       WHEREAS over 50 other complaints have been filed to-date in federal district

5  courts throughout the United States by plaintiffs purporting to bring class actions on behalf of

6  cellular telephone and other device users on whose devices software made by defendant Carrier

7  IQ, Inc. is or has been embedded (collectively, including the above-captioned matter, the "CIQ

8  cases");

9       WHEREAS, a motion is pending before the Judicial Panel on Multidistrict

10 Litigation to transfer the CIQ cases to this jurisdiction for coordinated or consolidated pretrial

11 proceedings pursuant to 28 U.S.C. § 1407, and numerous responses to the motion supporting

12 coordination or consolidation have been filed;

13      WHEREAS plaintiff anticipates the possibility of one or more consolidated

14 amended complaints in the CIQ cases;

15      WHEREAS plaintiff and defendants Carrier IQ, Inc. and HTC America, Inc. have

16 agreed that an orderly schedule for any response to the pleadings in the CIQ cases would be more

17 efficient for the parties and for the Court;

18      WHEREAS plaintiff agrees that the deadline for defendants Carrier IQ, Inc. and

19 HTC America, Inc. to answer, move, or otherwise respond to their complaint shall be extended

20 until the earliest of the following dates: (1) forty-five days after the filing of a consolidated

21 amended complaint in the CIQ cases; or (2) forty-five days after plaintiff provides written notice

22 to defendants that plaintiff does not intend to file a consolidated amended complaint; or (3) as

23 otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event

24 that Carrier IQ, Inc. or HTC America, Inc. should agree to an earlier response date in any of the

25 CIQ cases, Carrier IQ, Inc. or HTC America, Inc., whichever of these two defendants has so

26 agreed, will respond to the complaint in the above-captioned case on that agreed date;

27      WHEREAS plaintiff further agrees that this extension is available, without further

28 stipulation with counsel for plaintiff, and the court to all named defendants who notify plaintiff in writing of

16154954.2                                - 1 -                STIP. EXTENDING TIME TO RESPOND TO
                                                               COMPLAINT & [PROPOSED] ORDER
                                                               CASE NO. 11-06613 HRL

their intention to join this Stipulation;

WHEREAS this Stipulation does not constitute a waiver by HTC America, Inc. of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process or service of process;

WHEREAS, with respect to any defendant joining the Stipulation, this Stipulation does not constitute a waiver of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process; and

WHEREAS, plaintiff and defendants Carrier IQ, Inc. and HTC America, Inc., as well as any defendant joining this Stipulation, agree that preservation of evidence in the CIQ cases is vital, that defendants have received litigation hold letters, that they are complying with and will continue to comply with all of their evidence preservation obligations under governing law, and that that the delay brought about by this Stipulation should not result in the loss of any evidence;

Now, therefore, pursuant to Civil Local Rules 6-1, 6-2, and 7-12, plaintiff in the above-referenced case and defendants Carrier IQ, Inc. and HTC America, Inc., by and through their respective counsel of record, hereby stipulate as follows:

1. The deadline for Carrier IQ, Inc. and HTC America, Inc. to answer, move, or otherwise respond to plaintiff's complaint shall be extended until the earliest of the following dates: forty-five days after the filing of a consolidated amended complaint in these cases; or forty-five days after plaintiff provides written notice to defendants that plaintiff does not intend to file a Consolidated Amended Complaint; or as otherwise ordered by this Court or the MDL transferee court; *provided*, however, that in the event that Carrier IQ, Inc. or HTC America, Inc. should agree to an earlier response date in any of the CIQ cases, except by court order, Carrier IQ, Inc. or HTC America, Inc., whichever of these two defendants has so agreed, will respond to the complaint in the above-captioned case on that agreed date;

1  2. This extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to join this Stipulation; <span style="color:red">and the court</span>

3. This Stipulation does not constitute a waiver by Carrier IQ, Inc., HTC America, Inc. or any other named defendant joining the Stipulation of any defense, including but not limited to the defenses of lack of personal jurisdiction, subject matter jurisdiction, improper venue, sufficiency of process, or service of process.

4. As a condition of entry into this Stipulation, defendants Carrier IQ, Inc., HTC America, Inc., and any other defendant(s) joining this Stipulation, and the plaintiff, agree that they are complying with and will continue to comply with all evidentiary preservation obligations under governing law.

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: January 13, 2012 | |
| 2 | | |
| 3 | | By: */s/ Michael W. Sobol* |
| 4 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | | Michael W. Sobol (State Bar No. 194897) |
| 5 | | msobol@lchb.com |
| | | 275 Battery St., 29th Fl. |
| 6 | | San Francisco, CA 94111-3339 |
| | | Telephone:   (415) 956-1000 |
| 7 | | Facsimile:    (415) 956-1008 |
| 8 | | *Attorneys for Plaintiff and the Proposed Class* |
| 9 | DATED: January 13, 2012 | Fenwick & West LLP |
| | | Tyler G. Newby |
| 10 | | Jennifer J. Johnson |
| 11 | | |
| 12 | | By: */s/ Tyler G. Newby* |
| 13 | | Tyler G. Newby |
| | | Attorneys for Defendant |
| | | Carrier IQ, Inc. |
| 14 | | |
| 15 | DATED: January 13, 2012 | Munger, Tolles & Olson LLP |
| | | Henry Weissmann |
| 16 | | Rosemarie T. Ring |
| | | Jonathan H. Blavin |
| 17 | | Victoria L. Boesch |
| | | Bryan H. Heckenlively |
| 18 | | |
| 19 | | By: */s/ Rosemarie T. Ring* |
| 20 | | Rosemarie T. Ring |
| | | Attorneys for Defendant |
| 21 | | HTC AMERICA, INC. |
| 22 | Additional counsel: | |
| 23 | Fenwick & West LLP | |
| | Tyler G. Newby | |
| 24 | tnewby@fenwick.com | |
| | Jennifer J. Johnson | |
| 25 | jjjohnson@fenwick.com | |
| | 555 California Street, 12th Floor | |
| 26 | San Francisco, California 94104 | |
| | Telephone: (415) 875-2300 | |
| 27 | Facsimile:   (415) 281-1350 | |
| 28 | | |

16154954.2               - 4 -               STIP. EXTENDING TIME TO RESPOND TO COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL

1
2  Fenwick & West LLP
   Rodger R. Cole
   rcole@fenwick.com
3  Molly R. Melcher
   mmelcher@fenwick.com
4  Silicon Valley Center
   801 California Street
5  Mountain View, California 94041
   Telephone:  (650) 988-8500
6  Facsimile:  (650) 938-5200

7  *Attorneys for Defendant Carrier IQ, Inc.*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

16154954.2                     - 5 -              STIP. EXTENDING TIME TO RESPOND TO
                                                  COMPLAINT & [PROPOSED] ORDER
                                                  CASE NO. 11-06613 HRL

1 **[PROPOSED] ORDER**

2      PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4

Dated: January 19, 2012

5                                           _____
                                            Hon. Howard R. Lloyd
6                                           United States Magistrate Judge

16154954.2                                - 6 -          STIP. EXTENDING TIME TO RESPOND TO
                                                         COMPLAINT & [PROPOSED] ORDER
                                                         CASE NO. 11-06613 HRL

1 **CERTIFICATION**

2      I, Rosemarie T. Ring, am the ECF User whose identification and password are being used to file this STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER.  In compliance with General Order 45.X.B., I hereby attest that Michael W. Sobol and Tyler G. Newby concurred in this filing.

16154954.2 — - 7 -

STIP. EXTENDING TIME TO RESPOND TO COMPLAINT & [PROPOSED] ORDER
CASE NO. 11-06613 HRL